HILLMAN, APPELLANT, *v.* BUNTING, WARDEN, APPELLEE.

2014-Ohio-5197.]

(No. 2014–0117—Submitted November 18, 2014—Decided November 25, 2014.)

**Per Curiam.**

{¶ 1} Appellant, Dallas Hillman, appeals the dismissal of his petition for habeas corpus. Hillman claims that because the trial court allowed him to withdraw his guilty plea after he had been convicted and sentenced based upon that plea, there is no longer a valid judgment of conviction. However, the May 23, 2012 judgment granting Hillman's motion to withdraw his guilty plea was subsequently vacated by the court of appeals in *State v. Hillman*, 9th Dist. Wayne No. 12CA0028, 2013-Ohio-982, 2013 WL 1095440. We denied review of that decision. 136 Ohio St.3d 1561, 2013-Ohio-4861, 996 N.E.2d 987.

{¶ 2} Therefore, the original journal entry sentencing Hillman for his drug offenses is still valid. We affirm the judgment of the court of appeals.

Judgment affirmed.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

Dallas Hillman, pro se.

Michael DeWine, Attorney General, and Stephanie Watson, Principal Assistant Attorney General, for appellee.